Ryan Lee (SBN: 024846)
Krohn & Moss, Ltd.
10474 Santa Monica Blvd., Suite 401
Los Angeles, CA 90025
Tel: 323-988-2400 x241
Fax: 866-583-3695
rlee@consumerlawcenter.com
Attorneys for Plaintiff,
Kathryn E. May

**UNITED STATES DISTRICT COURT,
DISTRICT OF ARIZONA**

| Kathryn E. May, | ) | **Case No.: 2:11-CV-1062-JAT** |
|---|---|---|
| Plaintiff, | ) | **NOTICE OF SETTLEMENT** |
| v. | ) | |
| ARS National Services, Inc., | ) | |
| Defendant. | ) | |

NOW COMES the Plaintiff, Kathryn E. May, by and through the undersigned counsel and hereby informs the court that a settlement of the present matter has been reached and is in the process of finalizing settlement, which Plaintiff anticipates will be finalized within the next 30 days.

Plaintiff therefore requests that this honorable court vacate all dates currently set on calendar for the present matter.

                                  Respectfully Submitted,

Dated: July 29, 2011        KROHN & MOSS, LTD.


                              By: /s/ Ryan Lee

                                Ryan Lee
                                Attorney for Plaintiff

**CERTIFICATE OF SERVICE**

I hereby certify that on July 29 2011, I electronically filed the foregoing Notice of Settlement with the Clerk of the Court by using the CM/ECF System. A true and correct copy of said Notice was electronically submitted by electronic mail to the following:

Cassandra Benedetti
cassandra.benedetti@arsnational.com

By: /s/ Ryan Lee

Ryan Lee
Attorney for Plaintiff